# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Maureen P. Kaumann | : | Chapter 13 |
| | : | Case No.: 18-13048 AMC |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that on May 3, 2022 a true and correct copy of the Debtor's Motion to Sell Property was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Scott F. Waterman, Trustee**
Chapter 13 Trustee
Electronic Mail

| **Thomas McDanel**<br>Keller Williams Real Estate Horsham<br>Electronic service to *thomasmcdanel@kw.com* | **Kathleen Rudolph**<br>Honest Real Estate<br>Electronic service to Kathleen@honestrealestate.com |
| --- | --- |
| **Christopher Mahoney, Esq.**<br>Counsel on behalf of *Mortgagee, Barbara A. Kaumann*<br>Electronic service to cmahoney@stuckertyates.com | |

Dated: May 3, 2022

/s/ Brad J. Sadek
Brad J. Sadek, Esq.
Attorney for the Debtor
Sadek Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008