## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Maureen P. Kaumann | : | Chapter 13 |
| | : | Case No.: 18-13048 AMC |
|    Debtor(s) | : | |

### AMENDED ORDER GRANTING DEBTOR'S MOTION
### FOR AUTHORITY TO SELL REAL PROPERTY

**AND NOW,** this _____ day of _____, 2022, upon consideration of the Motion for Authority to Sell Real Property filed by the debtor, upon notice to all interested parties, upon the filing, and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby

**ORDERED,** that the debtor is granted permission to sell their real property 1012 Ponderosa Road, Feasterville/Trevose, PA ("Property"), for the sale price of $330,500, pursuant to the terms of a certain real estate agreement of sale dated as of March 14, 2022, to the buyer thereunder, Michael Beese ("Buyer"), who have been represented to be purchasing the Property at arms-length.

The proceeds of the sale, including any funds held as a deposit made by or on behalf of the Buyer, shall be distributed in the approximate following manner:

1. Ordinary and reasonable settlement costs, including, but not limited to those related to notary services, deed preparation, disbursements, express shipping, surveys, municipal certifications, or any other such routine matters     $1,650
2. Liens paid at closing-     $140,000
3. Real estate taxes, sewer, trash and/or other such items     $3,300
4. Property repairs, if any     $_____
5. Real estate commission, at no greater than 6%     $19,800
6. Attorney's fees, if any     $_____
7. Any small (less than $300) allowances agreed to be made to Buyer to settle any unforeseen dispute arising at

|   |   | settlement | $_____ |
|---|---|---|---|
| 8. |   | Other | $_____ |

    ESTIMATED AMT DUE TO SELLER(S) **(Split with co-owner)**   $ 165,250

  This Order is contingent upon the lien held by Barbara Kaumann being paid in full at closing pursuant to a proper payoff quote obtained prior to and good through the closing date; or any short payoff is approved by Barbara Kaumann; and Debtor shall have ninety (90) days from entry of this Order to sell the Property.

  After paying all liens in full and all costs of sale, the title clerk shall pay to Scott F. Waterman, Chapter 13 standing trustee, the balance of the Chapter 13 plan and the Debtor shall receive her sale proceeds in the minimum amount of her exemption amount of $23,675.00.  Any remaining sale proceeds shall be paid to the Debtor.

  The title clerk shall fax a completed HUD-1 or settlement sheet from the closing directly to the trustee immediately upon the close of the settlement, and the trustee shall promptly notify the title company of his approval or objections to the sums to be disbursed.

  Upon trustee approval, the title clerk shall fax a copy of the disbursement check to the trustee, and shall immediately transmit the actual disbursement check to the trustee by overnight courier.

  Per Bankruptcy Rule 6004(h), the 14 day stay as to effect of this Order is hereby waived.


             **BY THE COURT**


             _____
             **U.S. BANKRUPTCY JUDGE**